April 17, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

ALVIN ROY D/B/A ROYAL GRAFIX FINE ART, Appellant

NO. 14-12-00043-CV                    V.

INSGROUP D/B/A BUSINESS INSURANCE GROUP, Appellee

_____

Today the Court heard appellant's agreed motion to dismiss the appeal from the partial summary judgment signed by the court below on December 16, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED** without prejudice.

We further order that all costs incurred by reason of this appeal be paid by ALVIN ROY D/B/A ROYAL GRAFIX FINE ART.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.